UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                       CASE NO. 07 B 01994
   NADINE GOLDEN
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-1942
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 02/06/2007 and was confirmed 05/02/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 12/31/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FREEDOM MORTGAGE | CURRENT MORTG | 10360.79 | .00 | 10360.79 |
| CODILIS & ASSOCIATES ^ | NOTICE ONLY | NOT FILED | .00 | .00 |
| FREEDOM MORTGAGE | MORTGAGE ARRE | 7543.67 | .00 | 7543.67 |
| CODILIS & ASSOCIATES ^ | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 732.21 | .00 | 118.63 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 16937.80 | .00 | 3051.97 |
| MACYS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2450.19 | .00 | 441.50 |
| ROUNDUP FUNDING LLC | UNSECURED | 3255.30 | .00 | 586.55 |
| ECAST SETTLEMENT CORP | UNSECURED | 3308.63 | .00 | 596.15 |
| WELLS FARGO FINANCIAL IL | UNSECURED | 221.51 | .00 | 35.89 |
| ECAST SETTLEMENT CORP | UNSECURED | 825.08 | .00 | 148.66 |
| FEDERATED RTL/MARSHALL F | UNSECURED | 324.68 | .00 | 58.48 |
| LOAN CARE SERVICING | NOTICE ONLY | NOT FILED | .00 | .00 |
| PETER FRANCIS GERACI | DEBTOR ATTY | 1,000.00 | | 1,000.00 |
| TOM VAUGHN | TRUSTEE | | | 1,812.84 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
--------------------------------------------------------------------------------
| TRUSTEE | 25,755.13 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | 17,904.46 |
| UNSECURED | | 5,037.83 |
| ADMINISTRATIVE | | 1,000.00 |
| TRUSTEE COMPENSATION | | 1,812.84 |
| DEBTOR REFUND | | .00 |

                        ---------------    ---------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 07 B 01994 NADINE GOLDEN

TOTALS                        25,755.13              25,755.13


    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


    Dated: 03/05/09                 /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE